IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　2:11-cv-01368-GEB-JFM
　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　　)　<u>ORDER CONTINUING STATUS</u>
　　　　　　　　　　　　　　　　　　　)　<u>(PRETRIAL SCHEDULING)</u>
RUBEL E. MATTHEW, Individually　　　)　<u>CONFERENCE; FED. R. CIV. P.</u>
and d/b/a Payless Shoe Source　　　 )　<u>4(M) NOTICE</u>
2082; 10700 OHIO LTD, a　　　　　　　)
California Limited Partnership,　　 )
　　　　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　　　　)
_____　　)

　　　　　Plaintiff's Status Report filed September 8, 2011 reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on September 19, 2011 is continued to October 31, 2011 at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior.

　　　　　Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that any defendant not served with process within the 120 day period prescribed in that Rule may be dismissed as a defendant. To avoid dismissal, Plaintiff shall file proof of service

1

1  and/or explain in a filing "good cause for the failure" to serve within
2  Rule 4(m)'s prescribed period no later than 4:00 p.m. on September 23,
3  2011.
4       IT IS SO ORDERED.
5  Dated:  September 14, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge